paulinecastroind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
JAN 04 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

06-00001

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. _____ |
| Plaintiff, ) | **INDICTMENT** |
| v. ) | **DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE** |
| PAULINE MARIE CASTRO and ) JOHN JUNIOR CRUZ, ) | [18 U.S.C. § 2 & 21 U.S.C. § 841(a)(1)] |
| Defendants. ) | |

THE GRAND JURY CHARGES:

COUNT I - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE

On or about June 25, 2005, in the District of Guam, the defendants herein, PAULINE MARIE CASTRO and JOHN JUNIOR CRUZ, did knowingly and intentionally distribute approximately 7.7 grams net weight of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 18, United States Code, § 2, and Title 21, United States Code, § 841(a)(1).

//
//

## COUNT II - DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE

On or about July 18, 2005, in the District of Guam, the defendants herein, PAULINE MARIE CASTRO and JOHN JUNIOR CRUZ, did knowingly and intentionally distribute approximately 3 grams net weight of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 18, United States Code, § 2, and Title 21, United States Code, § 841(a)(1).

Dated this 4th day of January 2006.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2