# Criminal Case Cover Sheet            U.S. District Court

**Place of Offense:**

City    Hagåtña

Country/Parish    N/A

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00001**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _X_ No

Defendant Name    John Junior Cruz

Allisas Name

Address

*RECEIVED JAN 3 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM*

Birth date __XX/XX/1974__ SS# __XXX-XX-7534__    Sex _M_ Race _PI_ Nationality _U.S._

**U.S. Attorney Information:**

AUSA __Karon V. Johnson__

**Interpreter:** _X_ No ___ Yes      List language and/or dialect: __N/A__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__     ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2, and 21 U.S.C. § 841(a)(1) | DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE | 1, 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __12/20/05__    Signature of AUSA: *Karon V. Johnson*

Case 1:06-cr-00001    Document 1-3    Filed 01/04/2006    Page 1 of 1