# UNITED STATES DISTRICT COURT

District of _____ GUAM _____ ✓

UNITED STATES OF AMERICA

V.

PAULINE MARIE CASTRO

**WARRANT FOR ARREST**

Case Number: CR-06-00001-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ PAULINE MARIE CASTRO _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

18:2 & 21:841(a)(1) - DISTRIBUTION OF METHAMPHETAMINE HYDROCHOLORIDE (COUNTS 1 and 2)

**FILED**
DISTRICT COURT OF GUAM
FEB 1 0 2006
MARY L.M. MORAN
CLERK OF COURT

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| MARILYN B. ALCON | *(signature)* Marilyn B. Alcon |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 1/4/2006    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

108 Hernan Cortez Ave #300, Hagatna, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02-08-2006 | Paul Griffith DEA SA | *(signature)* |
| DATE OF ARREST |  |  |
| 02-08-2006 |  |  |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ PAULINE MARIE CASTRO _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: