IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE


**FILED**
DISTRICT COURT OF GUAM
FEB 10 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00001-001            DATE: February 10, 2006

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: J. HATTORI
Official Court Reporter: Wanda Miles                              Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 4:39:35 - 4:55:53       CSO: J. Lizama

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* APPEARANCES \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT:** __PAULINE MARIE CASTRO__          **ATTY:** __WILLIAM L. GAVRAS__
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.      ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON                          **AGENT:**

**U.S. PROBATION:** STEVE GUILLIOTT                     **U.S. MARSHAL:** NONE PRESENT

***

**PROCEEDINGS:**    **INITIAL APPEARANCE AND ARRAIGNMENT**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: *Pauline Marie Castro:* __William L. Gavras__, Attorney Appointed

( X ) DEFENDANT SWORN AND EXAMINED     AGE:___      SCHOOL COMPLETED: __GED__
( X ) DEFENDANTS ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF
     THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( X ) INDICTMENT
( X ) PLEA(S) ENTERED: ( ) GUILTY   ( X ) NOT GUILTY   TO: __BOTH COUNTS OF THE INDICTMENT__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED*  ( ) *REJECTED*

( X ) TRIAL SET FOR: __APRIL 10, 2006 AT 9:30 A.M.__

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**
__Trial Order executed.__


__Government opposed the release of the defendant. Defense argued for release of the defendant.__


__The Court Denied the defendant's release and stated its reasons.__

                                                                                                        *Courtroom Deputy:* _____