**FILED**
DISTRICT COURT OF GUAM

FEB 1 0 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>PAULINE MARIE CASTRO,<br><br>Defendant. | CRIMINAL CASE NO. 06-00001-001<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **WILLIAM L. GAVRAS** is appointed to represent the defendant in the above-entitled.

Dated this 10th day of February, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM