William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone:  472-2302
Facsimile:   472-2342

Attorneys for Defendant
PAULINE CASTRO

FILED
DISTRICT COURT OF GUAM

MAR 3 0 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. CASE NO. CR-06-00001-001 |
| Plaintiff, | |
| vs. | MOTION TO SCHEDULE CHANGE OF PLEA HEARING |
| PAULINE CASTRO, | |
| Defendant. | |

_____/

  **COMES NOW** the Defendant, Pauline Castro, through counsel, and moves this

Honorable Court to schedule the Defendant's change of plea from not guilty to guilty.

There is no written plea agreement in this case.

LAW OFFICES OF GORMAN & GAVRAS

Date:  March 29, 2006.                    By:

WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
PAULINE CASTRO

# ORIGINAL

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the U.S. Attorney, by

hand delivery, a true and correct copy of this document on March 30, 2006.

Date: March 29, 2006.          By: _____

                                    WILLIAM L. GAVRAS, ESQ.
                                    Attorneys for Defendant
                                    PAULINE CASTRO

2