William L. Gavras, Esq.
**LAW OFFICES OF GORMAN & GAVRAS**
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Defendant**
**PAULINE CASTRO**



**FILED**
DISTRICT COURT OF GUAM

MAR 3 1 2006

MARY L.M. MORAN
CLERK OF COURT

### IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIM. CASE NO. 06-00001** |
| **Plaintiff,** | |
| **vs.** | |
| | **ORDER** |
| **PAULINE CASTRO,** | |
| **Defendant.** | |

_____/

The Defendant has filed a Motion requesting the Court to Schedule a Change of Plea hearing in the above-entitled criminal case. Accordingly,

IT IS HEREBY ORDERED that the change of plea hearing in this case will come on for hearing before this Court on Monday, April 3, 2006, at 9:45 a.m.

Dated this 31st day of March 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

# ORIGINAL