IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
APR -3 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00001-001    DATE: 04/03/2006

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Reporter: Wanda Miles    Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:02:54 - 10:21:42    CSO: N. Edrosa /J. McDonald

**APPEARANCES**

DEFT: __PAULINE MARIE CASTRO__    ATTY: __WILLIAM L. GAVRAS__
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: FREDERICK BLACK    AGENT: PAUL GRIFFITH, D.E.A.

U.S. PROBATION: MARIA CRUZ    U.S. MARSHAL: J. CURRY / D. PUNZALAN

***

## PROCEEDINGS:    CHANGE OF PLEA

( X ) DEFENDANT SWORN AND EXAMINED: AGE: __33__    HIGH SCHOOL COMPLETED: __G.E.D.__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: __COUNTS I AND II__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: __NO WRITTEN PLEA AGREEMENT__    PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __JULY 24, 2006__ at __9:30 A.M.__    ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE TO PARTIES: __MAY 29, 2006__ TO COURT: __JUNE 28, 2006__

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT DETAINED AS PREVIOUSLY ORDERED BY THIS COURT

## NOTES:

Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge. Defendant entered her plea of guilty without a written plea agreement. Report and Recommendation executed by the Court.

Courtroom Deputy:____