# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Pauline Marie Castro,<br><br>    Defendant. | Case No. 1:06-cr-00001-001<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge and Report and Recommendation Concerning Pleas of Guilty in a Felony Case filed April 3, 2006***, on the dates indicated below:

*U.S. Attorney's Office*              *William Gavras*
*April 3, 2006*                  *April 4, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Consent to Rule 11 Plea in a Felony Case Before U.S. Magistrate Judge and Report and Recommendation Concerning Pleas of Guilty in a Felony Case filed April 3, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 4, 2006                /s/ Marilyn B. Alcon
                         Deputy Clerk