William L. Gavras, Esq.
**LAW OFFICES OF GORMAN & GAVRAS**
**A Professional Corporation**
**2nd Floor, J & R Building**
**208 Route 4**
**Hagåtña, Guam 96910**
**Telephone: 472-2302**
**Facsimile: 472-2342**

**Attorneys for Defendant**
**PAULINE CASTRO**

**FILED**
DISTRICT COURT OF GUAM
APR 25 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIM. CASE NO. CR-06-00001-001** |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION** |
| **PAULINE CASTRO,** | |
| Defendant. | |
| _____/ | |

### NOTICE OF MOTION

COMES NOW, Defendant, and hereby gives notice that on ___APR 27 2006___,
2006, at the hour of __10:30__ __a__.m., the Court will hear Defendant's Motion for Release.

LAW OFFICES OF GORMAN & GAVRAS

Date: April 25, 2006.                    By: _____
                                                   WILLIAM L. GAVRAS, ESQ.
                                                   Attorneys for Defendant
                                                   PAULINE CASTRO

**ORIGINAL**