IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

**FILED**

DISTRICT COURT OF GUAM

APR 27 2006

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00001-001          DATE: 04/27/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:34:50 - 10:48:16

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: J. Lizama / P. Taijeron

* * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:  PAULINE MARIE CASTRO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.

**ATTY :  WILLIAM L. GAVRAS**
( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON

AGENT:

U.S. PROBATION: MARIA CRUZ

U.S. MARSHAL: C. MARQUEZ / D. PUNZALAN

**PROCEEDINGS:     MOTION FOR RELEASE**

( X ) MOTION ARGUED BY     ( X ) GOVERNMENT     ( X ) DEFENDANT

( X ) MOTION _____ Granted  _X_ Denied _____Withdrawn _____Under Advisement

( ) ORDER SUBMITTED _____Approved _____Disapproved

( ) ORDER to prepared By:_____

( ) PROCEEDINGS CONTINUED TO:

( X ) DEFENDANT TO REMAIN IN CUSTODY

**NOTES:**

Government opposed defendant's release. Based upon 18 U.S.C. § 3143(a)(2), the Court denied the motion and instructed counsel to file any motions he feels necessary for reconsideration by tomorrow. Government shall file a response by Monday, May 1, 2006 and defendant's reply is due by May 2, 2006.

Courtroom Deputy: _____