ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 11 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00001 |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |
| PAULINE MARIE CASTRO, | |
| Defendant. | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the pleas of guilty of the Defendant to two counts of an Indictment charging her with Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, are now Accepted and the Defendant is Adjudged Guilty of such offenses. All parties shall appear before this Court for sentencing on **July 24, 2006** at **9:30 a.m.**.

IT IS SO ORDERED.

DATED this 11 day of May 2006.

JOHN C. COUGHENOUR*
United States District Judge

---

* The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, sitting by designation.