IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


DISTRICT COURT OF GUAM
MAY 19 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-06-00001-001**         **DATE: 05/19/2006**

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding      Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                                          Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 10:03:22 - 10:23:35;**            CSO: F. Tenorio
**10:36:32 - 10:39:58**
**(Side Bar: 10:23:36 - 10:36:30 10:39:58)**

****************************** **A P P E A R A N C E S** ******************************
**DEFT: PAULINE MARIE CASTRO**                **ATTY : WILLIAM L. GAVRAS**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.        ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                 AGENT:

U.S. PROBATION: ROBERT CARREON               U.S. MARSHAL: C. MARQUEZ / V. ROMAN / D. PUNZALAN

***

**PROCEEDINGS:   MOTION FOR RECONSIDERATION OF RELEASE**

( X ) MOTION ARGUED BY     ( X ) GOVERNMENT     ( X ) DEFENDANT
(  ) MOTION ____ Granted ____ Denied ____ Withdrawn ____ Under Advisement
(  ) ORDER SUBMITTED    ____ Approved    ____ Disapproved
(  ) ORDER to prepared By: _____
( X ) PROCEEDINGS CONTINUED TO:  May 22, 2006 at 1:30 p.m.
(  ) DEFENDANT TO REMAIN IN CUSTODY

NOTES:

The Court ordered the U.S.M.S. to immediately have the defendant seen by a physician for diagnosis and treatment. The Court continued the matter to Monday at 1:30 p.m. for the status of defendant's treatment and to hear testimony. At the request of defense counsel, the Court ordered the U.S.M.S. to serve the defendant's subpoenas for the witnesses expected to be called on Monday. The Court held the motion in abeyance.

Courtroom Deputy: _____