AO 89 (Rev. 7/95) Subpoena in a Criminal Case


FILED
DISTRICT COURT OF GUAM
MAY 19 2006
MARY L.M. MORAN
CLERK OF COURT

# United States District Court

DISTRICT OF  GUAM

UNITED STATES OF AMERICA,

V.

PAULINE CASTRO

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: CR-06-00001-001

TO:

Ruth Pablo
(Nurse, Department of Corrections)

[x] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, Guam 96910 | 4th Floor, Judge Manibusan |
| | DATE AND TIME<br>May 22, 2006 at 1:30 p.m. |

[x] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all medical records, requests, notices, letters, prescriptions, log entries and any other document or documents related in any way to a Pauline Castro with a Social Security Number of ███-██-7199 and/or a Pauline Castro with a Date of Birth ███████, 1972.

U.S. MARSHALS RECEIVED
19 MAY 2006

Mary L.M. Moran
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

Mary L. M. Moran
(BY) DEPUTY CLERK

*Marilyn B. Alcon* (signature)

DATE
MAY 19 2006

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

William L. Gavras, Esq., 2nd Floor, J & R Building, 208 Rt. 4, Hagatna, GU 96910, Ph. 472-2302

**ORIGINAL**

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 5/19/06 | USMS Hagatna |
| SERVED | 5/19/06 | DOC Mangilao |

**SERVED ON (PRINT NAME)**
Joseph T. Afaisen

**FEES AND MILEAGE TENDERED TO WITNESS**
☐ YES ☐ NO  AMOUNT $ _____

**SERVED BY (PRINT NAME)**
Clark A. Marquez

**TITLE**
Deputy U.S. Marshal

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  5/19/06     _____
             Date          Signature of Server

             USMS Hagatna
             Address of Server

**ADDITIONAL INFORMATION**

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: CR-06-00001-001 |
| DEFENDANT: PAULINE CASTRO | TYPE OF PROCESS: Subpoena |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Ruth Palomo (Nurse, Department of Corrections)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Mangilao, Guam

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Gorman & Gavras
2nd Floor, J&R Building
208 Route 4
Hagatna, GU 96910

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☑ DEFENDANT
(TANI SALAS)
TELEPHONE NUMBER: 472-2302
DATE: 5/19/06

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
- Total Process: 1
- District of Origin No.: 093
- District to Serve No.: 093
- Signature of Authorized USMS Deputy or Clerk
- Date: 5/19/06

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Joseph T. Afaisen, Administrator

Date of Service: 5/19/06    Time: 3:45 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|
| 0 | | | | | 0 | |

REMARKS:

**RECEIVED MAY 22 2006**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

## INSTRUCTIONS FOR SERVICE OF PROCESS BY THE U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

RECEIVED
MAY 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM