# United States District Court

FILED
DISTRICT COURT OF GUAM
MAY 22 2006 
MARY L.M. MORAN
CLERK OF COURT

DISTRICT OF **GUAM**

**UNITED STATES OF AMERICA,**

**V.**

**PAULINE CASTRO**

## SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: **CR-06-00001-001**

TO:

**Custodian of Records, Guam Seventh-Day Adventist Clinic, Medical Records Department**

[x] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 W. Soledad Avenue**<br>**Hagatna, Guam 96910** | **4th Floor, Judge Manibusan**<br><br>DATE AND TIME<br>**May 22, 2006 at 1:30 p.m.** |

[x] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

**Any and all medical records related to a Pauline Castro with a social security number of ▮▮▮▮7199 and/or any and all medical records for a Pauline Castro with a date of birth ▮▮▮▮▮▮▮▮▮ 1972.**

**Mary L.M. Moran**

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

MARY L. M. MORAN
Clerk Of Court

(BY) DEPUTY CLERK

| | DATE |
|---|---|
| | **MAY 22 2006** |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

**William L. Gavras, Esq., 2nd Floor, J & R Building, 208 Rt. 4, Hagatna, GU 96910, Ph. 472-2302**

# ORIGINAL

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 5.22-06 | |
| SERVED | 5.22.06 | PLACE GUAM SEVENTH-DAY ADVANTIST CLINIC 388 YPAO ROAD TAMUNING GUAM 96913. |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| DEBRA P. ROSARIO | ☐ YES   ☐ NO   AMOUNT $_____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| ROMY A. CRUZ | RUNNER |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  5.22.06
_____
Date

_____
Signature of Server

2nd Fl., JFR Bldg, 208 Route 4
_____
Address of Server

ADDITIONAL INFORMATION