
FILED
DISTRICT COURT OF GUAM
MAY 25 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00001-001 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| PAULINE MARIE CASTRO, | ) | |
| Defendant. | ) | |

The Court has received a memorandum from the U.S. Marshal requesting an Order from the Court for the service of subpoenas it made which was received from the Law Office of William L. Gavras on May 19, 2006. Request for such an Order is made pursuant to the requirements of Rule 17(b) of the Federal Rules of Criminal Procedure.

At a hearing on May 19 on defendant's motion for reconsideration of her release application, the Court, at the request of defendant's counsel, orally granted defendant's counsel's request that subpoenas the defendant had requested be served by the Marshal based upon exigent circumstances then and there existing.

Based upon the Court's oral order, IT IS HEREBY ORDERED that the Marshal's Office serve the subpoenas provided to its office by the Law Office of William L. Gavras.

Dated this 25th day of May, *nunc pro tunc* May 19, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge