1  paulinecastrostp

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 28 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00001 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION OF PARTIES TO CONTINUE SENTENCING DATE** |
| PAULINE MARIE CASTRO, | ) | |
| Defendant. | ) | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, William L. Gavras, hereby move this Honorable Court for an order to continue the sentencing in this case, now set for July 24, 2006, at 9:00 a.m. The parties request the sentencing date be continued because the government attorney will be off-island, and will be returning to Guam August 18. The parties are requesting a sentencing date in the week August 21 - 25, 2006.

DATED: 6-28-06

_____
WILLIAM L. GAVRAS
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATED: 6/23/06     By: _____
KARON V. JOHNSON
Assistant U.S. Attorney