
IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 06-00001-001 |
| | ) | |
| vs. | ) | **INFORMATIONAL VIOLATION REPORT** |
| | ) | |
| PAULINE MARIE CASTRO | ) | |
| Defendant. | ) | |

Re: Violation of Home Incarceration Order

On February 10, 2006, Pauline Marie Castro was brought before the U.S. District Court of Guam for an Initial Appearance and Arraignment relative to an Indictment charging her with <u>Counts I and II</u> - Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. She was remanded to the custody of the U.S. Marshals after her Initial Appearance Hearing. On April 3, 2006, the defendant pled guilty to both counts of the Indictment and the Court set Sentencing for July 24, 2006. Her detention was continued.

On May 22, 2006, after a Bail Review Hearing, Pauline Castro was released from custody in order to allow her to pursue medical attention for pains she has been experiencing in her kidneys. The Court ordered that upon the completion of medical treatment, the defendant is to self-surrender to the custody of the U.S. Marshals Service. The Court further ordered that while on release, she is subject to the Home Incarceration component of the Home Confinement Program without electronic monitoring. Other release conditions include: not have any friends at her residence while on home confinement; not leave Guam without the permission of the U.S. Probation Office and the Court; participate in drug testing; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from unlawful possession of a narcotic drug or other controlled substance, unless prescribed by a licensed physician, and stay away from all ports of entry and exit.

The defendant is alleged to have violated the following pretrial release condition:

**Special Condition**: *The defendant shall participate in the Home Incarceration component of the Home Confinement program (without electronic monitoring). Program requires that the defendant is restricted to her residence at all times except for medical treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or the supervising officer.*

INFORMATIONAL VIOLATION REPORT
Violation of Home Incarceration Order
Re: CASTRO, Pauline Marie
USDC Cr. Cs. No. 06-00001-001
June 28, 2006
Page 2

On June 20, 2006, an unannounced home visit was conducted by this Officer and U.S. Probation Officer Rossanna Villagomez-Aguon. Upon our arrival, officers were told by the defendant's third party custodian, Tina Marie Castro, that the defendant was not home at the moment because she went to a nearby convenience store. An appointment for a probation office compliance meeting was scheduled for the defendant on June 21, 2006. At this meeting, Ms. Castro admitted to violating the conditions of her home incarceration order. She explained that she was experiencing stomach pains and needed to purchase over-the-counter pain medication. The defendant, however, had no explanation for failing to contact the probation office to notify of the situation or her need to violate the program to purchase the medication, she also could not provide a receipt for the medication purchased.

**Supervision Compliance:** Except as outlined above, Ms. Castro has complied with pretrial release conditions. She was seen at the Seventh Day Adventist Clinic on June 21, 2006. A referral was made to the Guam Memorial Hospital for a Barium Enema procedure, which is scheduled for June 27, 2006. In addition, further laboratory testing has been ordered should Ms. Castro continue to experiance abdominal pain. A follow-up appointment at the Seventh Day Adventist Clinic is scheduled for July 20, 2006.

**Recommendation:** This Officer respectfully recommends that the Court take no action at this time. Pauline Castro has been re-advised of all Home Incarceration requirements and warned of the consequences of continued violations. Any further violations will be reported to the Court accordingly.

RESPECTFULLY submitted this 28th day of June 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon V. Johnson, AUSA
    William Gavras, Defense Counsel
    File