LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL -3 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00001 |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER |
| PAULINE MARIE CASTRO, ) | Continuing Sentencing Hearing |
| Defendant. ) | |

Based on the parties stipulation and for good cause shown, the Court hereby GRANTS the parties' request to continue the sentencing hearing.

IT IS HEREBY ORDERED that the sentencing hearing presently set for July 24, 2006, is hereby continued until August 21, 2006, at 9:15 a.m.

_July 3, 2006_
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge