# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00001　　　　　　　　　　　　DATE: August 21, 2006

HON. RONALD B. LEIGHTON, Designated Judge, Presiding
　　Law Clerk: Greg Leever　　　　　　　　Court Reporter: Wanda Miles
　　Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 9:19:00 - 9:32:12
　　CSO: J. McDonald / F. Tenorio

**APPEARANCES:**
　　Defendant: Pauline Marie Castro　　　　　　Attorney: William L. Gavras
　　　　☑ Present ☐ Custody ☐ Bond　　　　　　☑ Present ☐ Retained ☐ FPD
　　　　☑ P.R.　　　　　　　　　　　　　　　　☑ CJA
　　U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent:
　　U.S. Probation: Maria Cruz　　　　　　　　U.S. Marshal: None Present
　　Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Sentencing**
- Court stated the appropriate Offense Levels.
- Defendant committed to the Bureau of Prisons for a term of <u>60 months for Count I and 57 months for Count II - to be served concurrently. While in prison, the defendant shall participate in the 500-hour intensive drug treatment program.</u>
- The Court recommends to the Bureau of Prisons for defendant to be incarcerated in <u>Hawaii, contingent upon the availability of the 500-hour drug treatment program.</u>
- Upon release from imprisonment, defendant is placed on Supervised Release for a term of <u>four years for Count I and three years for Count II - to be served concurrently</u>, with conditions. (refer to Judgment for conditions of Supervised Release)
- All Fines waived by the Court.
- Defendant was ordered to pay a Special Assessment Fee of $200.00.
- Court stated the justification of the sentence imposed.
- Defendant advised of Appeal Rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:

The Court Granted the Government's Motion for Downward Departure.