

## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 06-00001-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **INFORMATIONAL VIOLATION REPORT** |
| | ) | |
| PAULINE MARIE CASTRO | ) | |
| Defendant. | ) | |

**Re:    Admitted Use of Methamphetamine Under Pretrial Release**

On February 10, 2006, Pauline Marie Castro was brought before the U.S. District Court of Guam for an Initial Appearance and Arraignment relative to an Indictment charging her with Counts I and II - Distribution of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. She was remanded to the custody of the U.S. Marshals after her Initial Appearance Hearing. On April 3, 2006, the defendant pled guilty to both counts of the Indictment. Her detention was continued by the Court.

On May 22, 2006, after a Bail Review Hearing, Pauline Castro was released from custody in order to allow her to pursue medical attention for pains she has been experiencing in her kidneys. The Court ordered that upon the completion of medical treatment, the defendant is to self-surrender to the custody of the U.S. Marshals Service. The Court further ordered that while on release, she is subject to the Home Incarceration component of the Home Confinement Program without electronic monitoring. Other release conditions include: not have any friends at her residence while on home confinement; not leave Guam without the permission of the U.S. Probation Office and the Court; participate in drug testing; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from unlawful possession of a narcotic drug or other controlled substance, unless prescribed by a licensed physician, and stay away from all ports of entry and exit. Sentencing is presently scheduled for August 21, 2006. The defendant is alleged to have violated the following pretrial release condition:

**Special Condition**: *The defendant shall refrain from use or any unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed practitioner.*

INFORMATIONAL VIOLATION REPORT
Admitted Use of Methamphetamine Under Pretrial Release
Re:     CASTRO, Pauline Marie
USDC Cr. Cs. No. 06-00001-001
August 18, 2006
Page 2

On August 15, 2006, Ms. Castro reported to the U.S. Probation Office for a compliance meeting relative to testing positive for methamphetamine upon urinalysis on August 14, 2006. She executed a drug use admission form for using methamphetamine on August 12, 2006. Upon meeting with this Officer, Ms. Castro explained that she used the drug out of pressure from her upcoming Sentencing Hearing. She declined any drug/mental treatment counseling services and related she will confide in her family for support. Ms. Castro apologized for her violation and assured she would return to full compliance.

**Supervision Compliance:** Except as outlined above, Ms. Castro has complied with pretrial release conditions. She was seen at the Seventh Day Adventist Clinic on June 21, 2006 and was referred to the Guam Memorial Hospital for a Barium Enema procedure, which was conducted on June 27, 2006. A follow-up appointment at the Seventh Day Adventist Clinic was scheduled for July 20, 2006, however, she missed the appointment due to transportation problems. The appointment has been rescheduled for August 24, 2006. Ms. Castro has not been prescribed any prescription medication or interim treatment between appointments to identify her medical issue.

**Recommendation:** This Officer respectfully recommends that the Court take no action at this time, and that the violation contained in this report be considered at the Sentencing Hearing scheduled for August 21, 2006. Ms. Castro has been instructed to return to full compliance and was warned of the consequences of continued violations. Any further violations will be reported to the Court accordingly.

RESPECTFULLY submitted this _2/ JT_ day of August 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:     _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     Karon V. Johnson, AUSA
        William Gavras, Defense Counsel